## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CITY OF NEW CASTLE; CITY OF ALIQUIPPA; and UNION TOWNSHIP, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; and ALLERGAN PLC, <br><br> Defendants. | CIVIL ACTION <br><br> No. 18-1472 |

### ORDER

**AND NOW**, this   16th   day of July, 2018, upon consideration of the Motion to Remand filed by Plaintiffs, the City of New Castle, City of Aliquippa, and Union Township (Doc. No. 9), Defendants, Teva Pharmaceuticals USA, Inc. and Cephalon, Inc.'s (collectively, "Teva Defendants") Response in Opposition to Plaintiffs' Motion to Remand, which included the argument that the Court should stay this action pending the transfer of the action to the federal multidistrict litigation ("MDL") entitled <u>In re Nat'l Prescription Opiate Litig.</u>, MDL No. 2804 ("Opiate MDL"), and Plaintiffs' Reply, it is hereby **ORDERED** that:

    1.    Plaintiffs' Motion to Remand is **DENIED WITHOUT PREJUDICE**;

    2.    Teva Defendants' request for a stay is **GRANTED**; and

3. all proceedings are **STAYED** pending the Judicial Panel on Multidistrict Litigation's ("JPML") decision as to whether to transfer this case to the Opiate MDL. The parties shall submit a joint status report within fourteen (14) days of receiving a decision from the JPML.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE